In the Matter of the Application of CHARLES KLEIN, Respondent, against WILLIAM J. DALTON, as Mayor of the City of Long Beach, et al., Appellants.

*Municipal corporations — Long Beach (city of) — Optional City Government Law now in force.*

*Matter of Klein v. Dalton,* 218 App. Div. 855, affirmed.

(Argued March 28, 1927; decided April 7, 1927.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the second judicial department, entered December 17, 1926, which affirmed an order of Special Term granting a motion for a peremptory order of mandamus to compel the defendants to perform all the acts and things necessary to carry out the provisions contained in chapter 444 of the Laws of 1914, known as the Optional City Government Law, to the end that an election may be held in the city of Long Beach, on the question of the adoption of a new charter, known as " plan C " in that law.

*David Cohen* and *Abraham H. Kesselman* for appellants.
*Irving G. Warshaw* for respondent.

Order affirmed, with costs. Held that the Optional City Government Law (L. 1914, ch. 444) is now in force in the city of Long Beach.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.